UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DS-RENDITE FONDS NR 57 MS CAPE SPEAR
GMBH & CO. CONTAINERSCHIFF KG
and CAPE SPEAR SHIPPING INC.,

                                    Plaintiffs,

                    v.

MAGISTRAL CONTAINER LINES (OVERSEAS)
LIMITED and MAGISTRAL CONTAINER LINE
CYPRUS LIMITED,
                                    Defendants.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  0 1 APR 2009
```

08  CV  9730 (PAC)

**ORDER**

**WHEREAS** Plaintiffs DS RENDITE FONDS NR 57 MS CAPE SPEAR GMBH & CO.

CONTAINERSCHIFF KG and CAPE SPEAR SHIPPING INC. (hereinafter, collectively "Cape

Spear") initiated a legal action, on November 12, 2008, against Defendants MAGISTRAL

CONTAINER LINES (OVERSEAS) LIMITED and MAGISTRAL CONTAINER LINE

CYPRUS LIMITED (hereinafter, collectively "Magistral") and pursuant to which an Order and

Process of maritime attachment and garnishment were issued;

**WHEREAS** the Order and Process were served by Plaintiff Cape Spear on garnishee

banks in New York and funds belonging to, or for the benefit of, Magistral were attached at

several banks in the aggregate amount of US $380,440.00;

**IT IS HEREBY ORDERED** that the following attachments:

1)    US $ 340,000.00 transferred to "Magistral Container Lines (Overseas) Limited"
      and attached at Deutsche Bank on December 4, 2008;

2)    US $ 10,000.00 transferred to "Magistral Container Lines (Overseas) Limited"
      and attached at Deutsche Bank on December 4, 2008;

3)    US $ 25,440.00 transferred to "Magistral Container Lines (Overseas) Limited"
      and attached at Deutsche Bank on December 5, 2008;

4)   US $2,300.00 transferred to "Magistral Container Lines (Overseas) Limited" and attached at American Express Bank on December 23, 2008; and

5)   US $2,700.00 transferred to "Magistral Container Lines (Overseas) Limited" and attached at ABN AMRO Bank on January 20, 2009;

all of which were restrained pursuant to the Order and Process of Maritime Attachment, dated

December 3, 2008 and which was extended by letter endorsement dated February 9, 2009, for the

subject action, shall remain attached at each of the respective garnishee banks, until this Court

issues a subsequent Order directing otherwise.

Dated: April 1, 2009
       New York, New York

SO ORDERED:

_____
Hon. Paul A. Crotty, U.S.D.J.

2